**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**SANDRA CHAPMAN**                                                     **PLAINTIFF**

**VS.**                                     **NO. 3:16-cv-613-DPJ-FKB**

**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY and
JOHN DOES A through E**                                   **DEFENDANTS**

## OFFER OF JUDGMENT

**TO:**    David E. Rozier, Jr., Esq. (dave@rozierlawfirm.com)
         Jenessa Carter Hicks, Esq. (jhicks@rozierlawfirm.com)
         Rozier Law Firm, PLLC
         Oxford, MS

Plaintiff, Sandra Chapman, offers to accept Judgment against Defendant Allstate Property and Casualty Insurance Company in the sum of $115,000.00. This offer of judgment expires automatically after ten (10) days.

Respectfully Submitted, this the 30th day of May, 2018.

                                               /s/ LANCE L. STEVENS
                                             ATTORNEY FOR PLAINTIFF

COUNSEL FOR PLAINTIFF:

Lance L. Stevens, MS Bar No.: 7877
lstevens@stevensandward.com
Stevens & Ward, P.A.
1855 Lakeland Drive, Suite Q-200
Jackson, MS 39216
Phone: (601) 366-7777; Fax: (601) 366-7781

## **CERTIFICATE OF SERVICE**

I, <u>LANCE L. STEVENS</u>, attorney for Plaintiff, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> David E. Rozier, Jr., Esq. (dave@rozierlawfirm.com)
> Jenessa Carter Hicks, Esq. (jhicks@rozierlawfirm.com)
> Rozier Law Firm, PLLC
> Oxford, MS

So Certified, this the 30th day of May, 2018.

/s/ LANCE L. STEVENS
ATTORNEY FOR PLAINTIFF

Lance L. Stevens, MS Bar No.: 7877
Stevens & Ward, P.A.
1855 Lakeland Drive, Suite Q-200
Jackson, MS 39216
Phone: (601) 366-7777
Fax: (601) 366-7781
lstevens@stevensandward.com